# EXHIBIT 1

WEISBERG LAW
Matthew B. Weisberg, Attorney ID No.: 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880
**Attorney for Plaintiff**

SCHAFKOPF LAW, LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334
**Attorney for Plaintiff**

Filed and Attested by the
Office of Judicial Records
09 JUN 2020 10:15 pm
A. M. RUSSO

| | |
|---|---|
| **DANIEL GEARHART** <br> 728 W. Hamilton Street <br> Allentown, PA 18101 <br><br>                Plaintiff <br><br> v. <br><br> **AVERTEST, LLC** <br> **d/b/a AVERHEALTH** <br> 512 W. Hamilton Street, Suite 105 <br> Allentown PA 18101 <br><br> and <br><br> **AVERHEALTH** <br> 512 W. Hamilton Street, Suite 105 <br> Allentown PA 18101 <br><br> and <br><br> **DEREK RUTH Individually & in his** <br> **official capacity as Probation Officer for** <br> **the Lehigh County Court Adult Probation** <br> **& Parole Department** <br> 455 Hamilton Street <br> Allentown, PA 18101 <br><br> and <br><br> **LEHIGH COUNTY COURT ADULT** <br> **PROBATION &** <br> **PAROLE DEPARTMENT** <br> 455 Hamilton Street <br> Allentown, PA 18101 <br><br> and | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> :     PHILADELPHIA COUNTY COURT <br> :     OF COMMON PLEAS <br> : <br> :     No. <br> : <br> : <br> : <br> :     JURY TRIAL OF TWELVE (12) <br> :     JURORS DEMANDED |

| **LEHIGH COUNTY** | : |
| 455 Hamilton Street | : |
| Allentown, PA 18101 | : |
| | : |
| Defendants | |

## PRAECIPE TO ISSUE WRIT OF SUMMONS

**TO THE PROTHONOTARY:**

Kindly issue a writ of summons against the Defendants in the above-captioned matter.

Respectfully Submitted,

WEISBERG LAW
BY: */s/ Matthew Weisberg*
MATTHEW B. WEISBERG, ESQ
DATED: 6-2-2020

SCHAFKOPF LAW, LLC
BY: */s/ Gary Schafkopf*
GARY SCHAFKOPF, ESQ.
DATED: 6-2-2020

Case ID: 200600128

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

Daniel Gearhart
_____
*Plaintiff*

vs.

Avertest LLC d/b/a Averhealth
_____
*Defendant*

:
:
:
:
:
:
:
:
:

COURT OF COMMON ... IN. RUSSO

_____Term, 20_____

No._____

*Filed and Attested by the
Office of Judicial Records
09 JUN 2020 10:15 pm
M. RUSSO*

To[1]

Avertest LLC d/b/a Averhealth; Averhealth
_____
Derek Ruth; Lehigh County Court Adult Probation & Adult Parole Department

Lehigh County
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Daniel Gearhart
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*

ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____

*200600128
10 JUL 2020 10:06 am
M. RUSSO*

10-208 (Rev. 6/14)

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 20060012

Case ID: 20060012

# Court of Common Pleas

_____ Term, 20 _____

No. _____

Daniel Gearhart
_____
_Plaintiff_

vs.

Avertest LLC d/b/a Averhealth
_____
_Defendant_

# SUMMONS

WEISBERG LAW
Matthew B. Weisberg, Attorney ID No.: 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880
**Attorney for Plaintiffs**

SCHAFKOPF LAW, LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334
**Attorney for Plaintiffs**

*Filed and Attested by the Office of Judicial Records 10 JUL 2020 10:11 am M. RUSSO*

| | | |
|---|---|---|
| **DANIEL GEARHART** | : | |
| | : | COURT OF COMMON PLEAS |
| | : | PHILADELPHIA COUNTY |
| Plaintiffs | : | PENNSYLVANIA |
| v. | : | |
| | : | |
| **AVERTEST LLC et al** | : | No: 200600128 |
| | : | |
| Defendants | : | JURY TRIAL OF TWELVE (12) |
| | : | JURORS DEMANDED |

---

### PRAECIPE TO REISSUE WRIT OF SUMMONS

TO THE PROTHONOTARY:

Kindly reissue a writ of summons in the above-captioned matter.

Respectfully Submitted,

WEISBERG LAW

BY: /s/ Matthew Weisberg
MATTHEW B. WEISBERG, ESQ

DATED: 7/10/2020

SCHAFKOPF LAW, LLC

BY: /s/Gary Schafkopf
GARY SCHAFKOPF, ESQ.

DATED: 7/10/2020

Case ID: 200600128

WEISBERG LAW
Matthew B. Weisberg, Attorney ID No.: 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880
**Attorney for Plaintiffs**

SCHAFKOPF LAW, LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334
**Attorney for Plaintiffs**

| | |
|---|---|
| **DANIEL GEARHART** : | |
| : | COURT OF COMMON PLEAS |
| : | PHILADELPHIA COUNTY |
| Plaintiffs   : | PENNSYLVANIA |
| : | |
| v.   : | |
| : | |
| **AVERTEST LLC et al** : | No: 200600128 |
| : | |
| Defendants   : | JURY TRIAL OF TWELVE (12) |
| : | JURORS DEMANDED |

## CERTIFICATE OF SERVICE

I, Gary Schafkopf, hereby certify that on July 10, 2020, a true and correct copy of the foregoing Praecipe to Reissue Writ of Summons was served via regular and certified mail upon the following parties:

AVERTEST, LLC
d/b/a AVERHEALTH
512 W. Hamilton Street, Suite 105
Allentown PA 18101

and

AVERHEALTH
512 W. Hamilton Street, Suite 105
Allentown PA 18101

and

DEREK RUTH
455 Hamilton Street
Allentown, PA 18101

and

Case ID: 200600128

LEHIGH COUNTY COURT ADULT PROBATION &
PAROLE DEPARTMENT
455 Hamilton Street
Allentown, PA 18101

and

LEHIGH COUNTY
455 Hamilton Street
Allentown, PA 18101

Respectfully Submitted,

SCHAFKOPF LAW, LLC

BY: */s/Gary Schafkopf*
GARY SCHAFKOPF, ESQ.

DATED:        7/10/2020

Case ID: 200600128

# EXHIBIT 2

**MARSHALL DENNEHEY WARNER**
**COLEMAN & GOGGIN**
By: DANIEL E. DOLENTE, ESQUIRE
Identification No.: 316293
By:  KEVIN J. MCHALE, ESQUIRE
Identification No.:  327355
2000 Market Street, 25th Floor
Philadelphia, Pa  19103
(215) 575-2787
(215) 575-2629
dedolente@Mdwcg.Com;
kjmchale@mdwcg.com

*Attorneys For Defendants,*
*AVERTEST, LLC d/b/a AVERHEALTH*
*and AVERHEALTH.*

*Filed and Attested by the*
*Office of Judicial Records*
*31 JUL 2020 03:10 pm*
*M. RUSSO*

|  |  |  |
|---|---|---|
| DANIEL GEARHART | : | COURT OF COMMON PLEAS FOR |
| *Plaintiff,* | : | PHILADELPHIA COUNTY |
| v. | : |  |
| AVERTEST, LLC d/b/a AVERHEALTH, | : | JUNE TERM, 2020 |
| AVERHEALTH, DEREK RUTH, individually | : |  |
| and in his official capacity as Probation Officer | : | NO: 00128 |
| for the Lehigh County Court Adult Probation & | : |  |
| Parole Department ; LEHIGH COUNTY | : |  |
| COURT ADULT PROBATION & PAROLE | : |  |
| DEPARTMENT; LEHIGH COUNTY | : |  |
| *Defendants.* | : |  |

## <u>ENTRY OF APPEARANCE WITH DEMAND FOR JURY TRIAL</u>

**TO THE PROTHONOTARY:**

Kindly enter the appearances of Daniel Dolente, Esquire, and Kevin J. McHale, Esquire,

of Marshall Dennehey Warner Coleman & Goggin, as counsel for Defendants, ***AVERTEST, LLC***

***d/b/a AVERHEALTH and AVERHEALTH,*** in the above-captioned matter. A demand for a jury

of twelve (12) with two (2) alternates is hereby demanded.

**MARSHALL, DENNEHEY, WARNER**
**COLEMAN & GOGGIN**

BY: _____
        DANIEL E. DOLENTE, ESQUIRE

Date:  7/31/20

Case ID: 200600128

BY: _____

Date:  7/31/20                        KEVIN J. McHALE, ESQUIRE

Case ID: 200600128

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**
By: DANIEL E. DOLENTE, ESQUIRE
Identification No.: 316293
By:  KEVIN J. MCHALE, ESQUIRE
Identification No.: 327355
2000 Market Street, 25th Floor
Philadelphia, Pa  19103
(215) 575-2787
(215) 575-2629
dedolente@Mdwcg.Com;
kjmchale@mdwcg.com

*Attorneys For Defendants,*
*AVERTEST, LLC d/b/a AVERHEALTH*
*and AVERHEALTH.*

*Filed and Attested by the*
*Office of Judicial Records*
*31 JUL 2020 03:12 pm*
*M. RUSSO*

---

| | |
|---|---|
| DANIEL GEARHART | : COURT OF COMMON PLEAS FOR |
| *Plaintiff,* | : PHILADELPHIA COUNTY |
| v. | : |
| AVERTEST, LLC d/b/a AVERHEALTH, | : JUNE TERM, 2020 |
| AVERHEALTH, DEREK RUTH, individually | : |
| and in his official capacity as Probation Officer | : NO: 00128 |
| for the Lehigh County Court Adult Probation & | : |
| Parole Department ; LEHIGH COUNTY | : |
| COURT ADULT PROBATION & PAROLE | : |
| DEPARTMENT; LEHIGH COUNTY | : |
| *Defendants.* | : |

## PRAECIPE FOR RULE TO FILE A COMPLAINT

**TO THE PROTHONOTARY:**

Issue rule on Plaintiff to file a Complaint in the above case within twenty (20) days after

service of the rule or the Prothonotary/Clerk, upon praecipe, shall enter a judgment of non pros.

> **MARSHALL, DENNEHEY, WARNER COLEMAN & GOGGIN**
>
> BY: _____
> DANIEL E. DOLENTE, ESQUIRE

Date:  7/31/20

**MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN**
By: DANIEL E. DOLENTE, ESQUIRE
Identification No.: 316293
By:  KEVIN J. MCHALE, ESQUIRE
Identification No.:  327355
2000 Market Street, 25th Floor
Philadelphia, Pa  19103
(215) 575-2787
(215) 575-2629
dedolente@Mdwcg.Com;
kjmchale@mdwcg.com

*Attorneys For Defendants,
AVERTEST, LLC d/b/a AVERHEALTH
and AVERHEALTH.*

| | | |
|---|---|---|
| DANIEL GEARHART | : | COURT OF COMMON PLEAS FOR |
| *Plaintiff,* | : | PHILADELPHIA COUNTY |
| v. | : | |
| AVERTEST, LLC d/b/a AVERHEALTH, | : | JUNE Term, 2020 |
| AVERHEALTH, DEREK RUTH, individually | : | |
| and in his official capacity as Probation Officer | : | No: 00128 |
| for the Lehigh County Court Adult Probation & | : | |
| Parole Department ; LEHIGH COUNTY | : | |
| COURT ADULT PROBATION & PAROLE | : | |
| DEPARTMENT; LEHIGH COUNTY | : | |
| *Defendants.* | : | |

## RULE TO FILE COMPLAINT

AND NOW, this _____ day of _____, 2020, a Rule is entered upon

Plaintiff pursuant to Pennsylvania Rule of Civil Procedure 1037 to file a Complaint in the above

matter within twenty (20) days from the service of this Rule or suffer Judgment of Non Pros.

_____
PROTHONOTARY



## CERTIFICATE OF SERVICE

I, Daniel E. Dolente, Esquire, attorney for Defendants *AVERTEST, LLC d/b/a AVERHEALTH and AVERHEALTH* in connection with the above-captioned matter, do hereby certify that on the 31st day of July, 2020, a true and correct copy of Praecipe for Rule to File a Complaint of Defendants, *AVERTEST, LLC d/b/a AVERHEALTH and AVERHEALTH*, was served upon the following individual(s) via notification of electronic filing:

Matthew B. Weisberg, Esquire
WEISBERG LAW
7 South Morton Avenue
Morton, PA 19070
*Attorneys for Plaintiff*

Gary Schafkopf, Esquire
**SCHAFKOPF LAW, LLC**
11 Bala Avenue
Bala Cynwyd, PA 19004
*Attorneys for Plaintiff*

**MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN**

BY: _____

Date: 07/31/2020          DANIEL E. DOLENTE, ESQUIRE
                          KEVIN J. MCHALE, ESQUIRE

# EXHIBIT 3

WEISBERG LAW
Matthew B. Weisberg, Attorney ID No.: 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880
**Attorney for Plaintiff**

SCHAFKOPF LAW, LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334
**Attorney for Plaintiff**

*Filed and Attested by the Office of Judicial Records 20 AUG 2020 02:56 pm S. RICE*

|  |  |
|---|---|
| **DANIEL GEARHART** <br> 728 W. Hamilton Street <br> Allentown, PA 18101 <br><br> Plaintiff <br><br> v. <br><br> **AVERTEST, LLC** <br> **d/b/a AVERHEALTH** <br> 512 W. Hamilton Street, Suite 105 <br> Allentown PA 18101 <br><br> and <br><br><br> **DEREK RUTH, Individually & in his** <br> **official capacity as Probation Officer for** <br> **the Lehigh County Court Adult Probation** <br> **& Parole Department** <br> 455 Hamilton Street <br> Allentown, PA 18101 <br><br> Defendants | PHILADELPHIA COUNTY COURT <br> OF COMMON PLEAS <br><br> No. 200600128 <br><br><br> JURY TRIAL OF TWELVE (12) <br> JURORS DEMANDED |

## NOTICE TO DEFEND

| NOTICE | *AVISO* |
|---|---|
|    You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court | Le han demandado a usted en la corte.  Si quiere defenderse de estas demandas ex-puestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion.  Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion.  Ademas, la corte puede |

| | |
|---|---|
| without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW.  THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE. <br><br> Philadelphia Bar Association Lawyer Referral and Information Service One Reading Center Philadelphia, Pennsylvania 19107 <br> (215) 238-6333 <br> TTY (215) 451-6197 | decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. USTED LE DEBE TOMAR ESTE PAPEL A SU ABOGADO INMEDIATAMENTE. SI USTED NO TIENE A UN ABOGADO, VA A O TELEFONEA LA OFICINA EXPUSO ABAJO. ESTA OFICINA LO PUEDE PROPORCIONAR CON INFORMATION ACERCA DE EMPLEAR A UN ABOGADO. SI USTED NO PUEDE PROPORCIONAR PARA EMPLAR UN ABOGADO, ESTA OFICINA PUEDE SER CAPAZ DE PROPORCIONARLO CON INFORMACION ACERCA DE LAS AGENCIAS QUE PUEDEN OFRECER LOS SERVICIOS LEGALES A PERSONAS ELEGIBLES EN UN HONORARIO REDUCIDO NI NINGUN HONORARIO. <br><br> Asociacion De Licenciados De Filadelfia Servicio De Referencia E Informacion Legal One Reading Center Filadelfia, Pennsylvania 19107 <br> (215) 238-6333 <br> TTY (215) 451-6197 |

Case ID: 200600128

WEISBERG LAW
Matthew B. Weisberg, Attorney ID No.: 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880
**Attorney for Plaintiff**

SCHAFKOPF LAW, LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334
**Attorney for Plaintiff**

|  |  |
|---|---|
| **DANIEL GEARHART** <br> 728 W. Hamilton Street <br> Allentown, PA 18101 <br><br> Plaintiff <br><br> v. <br><br> **AVERTEST, LLC** <br> **d/b/a AVERHEALTH** <br> 512 W. Hamilton Street, Suite 105 <br> Allentown PA 18101 <br><br> and <br><br><br> **DEREK RUTH, Individually & in his** <br> **official capacity as Probation Officer for** <br> **the Lehigh County Court Adult Probation** <br> **& Parole Department** <br> 455 Hamilton Street <br> Allentown, PA 18101 <br><br> Defendants | PHIADELPHIA COUNTY COURT OF <br> COMMON PLEAS <br><br> No. 200600128 <br><br><br><br> JURY TRIAL OF TWELVE (12) <br> JURORS DEMANDED |

## **PLAINTIFF'S CIVIL ACTION COMPLAINT**

### I. Jurisdiction & Venue

1. Defendants knowingly subjected themselves to the jurisdiction of the courts in Philadelphia, Pennsylvania.

2. Jurisdiction and venue are proper in Philadelphia County, Pennsylvania.

### II. Parties

3. Plaintiff, Daniel Gearhart, is an adult individual, residing at the above-captioned address.

4.  Defendant, Avertest, LLC doing business as Averhealth ("Averhealth") is a limited liability company existing by virtue of and operating under the laws of the Commonwealth of Pennsylvania, with a principal place of business at the above-captioned address. At all material times, Defendant, Averhealth has been involved, *inter alia*, in the business of providing biological sample testing for alcohol and drugs and possesses expertise therein, herein acting privately and under color of state law.

5.  Defendant, Derek Ruth is an adult individual with a primary place of business at the above-captioned address. Defendant, Derek Ruth is named herein in his individually and officially capacity as an officer of the Lehigh County Court Adult Probation & Parole Department. At all material times, Defendant, Derek Ruth acted under the color of state law.

III.  **OPERATIVE FACTS**

6.  In January 2019, Plaintiff Daniel Gearhart was arrested for DUI.

7.  In June 2019, Plaintiff entered into a plea agreement with for 3 years probation and 135 days home arrest, upon the submission of random drug or/and alcohol testing.

8.  During his sentencing Plaintiff admitted due to his anxiety regarding the sentencing hearing he had smoked marijuana the previous night and that he had drugs in his system at the time of sentencing.

9.  The District Attorney agreed to move forward with the plea agreement and advised Plaintiff that as long the test results showed a decrease in the marijuana in his system he would not be in violation of the agreement.

10. Defendant, Derek Ruth was assigned as Plaintiff's Probation Officer. At all material times Ruth was responsible for appropriately overseeing Plaintiff's compliance with Plaintiff's sentencing and probation orders.

11. Plaintiff then submitted 8 urine samples in total which were all conducted at Defendant Averhealth.

12. The testing results of the first six (6) urine samples manifested that the level of marijuana was decreasing and there was no alcohol in his system.

13. Plaintiff provided his seventh (7) and eighth (8) sample as required.

14. Plaintiff received a call from Ruth after providing his seventh (7) urine sample and was informed that the level of marijuana had increased and to report to The Department of Parole and Probation.

15. Plaintiff reported to the Department of Parole and Probation and denied that he had smoked marijuana and requested the results of the eighth (8) sample he had provided.

16. Ruth advised that the results for the eighth (8) sample were not available and declined to wait for the results.

17. Plaintiff was immediately incarcerated.

18. Plaintiff remained incarcerated in jail for 90 days.

19. Upon being released Plaintiff's probation was revoked and he was placed under a parole.

20. After Defendant was released from the jail, the results of eighth (8th) sample manifested a low level of marijuana.

21. Defendant Averhealth intentionally used the less accurate methodology for testing urine for Marijuana unless the patient paid additional monies for a more accurate test, hence, it is believed that the high level of marijuana for plaintiff's 7th urine sample.

22. It is believed Defendant, Derek Ruth, knew that Defendant Averhealth used the less accurate methodology for testing Plaintiff's seventh (7) urine sample and the results of the seventh (7)

Case ID: 200600128

urine sample may be false as Defendant Derek Ruth saw or should have seen the discrepancies between the first six samples and the seventh (7) sample.

23. It is believed and therefore averred that, Ruth knew that urine testing for marijuana (i) had varying degrees of accuracy depending upon the methodology used; and (ii) had significant false result.

24. Given the knowledge that it is believed Ruth possessed concerning the accuracy of the urine test conducted by  Averhealth and the inconsistent results between the first six samples and the seventh sample concerning Plaintiff, no reasonable officer, prior to knowing the result of eighth sample, would have determined probable cause existed.

25. As a result of the foregoing, Plaintiff was unable to be employed which caused his financial loss and emotional distress.

26. Ruth never informed Plaintiff that Averhealth used the less accurate methodology for urine testing for marijuana (unless the "patient" paid additional monies for the more accurate testing).

27. It was foreseeable to Averhealth that an individual, such as Plaintiff, could be falsely found in violation, and be severely punished, and wrongly damaged as a result.

28. Defendants' knowingly failed to initially inform Plaintiff of the existence of the more accurate methodology for urine testing and/or the associated risk to Plaintiff. Defendant's intentionally failed to have appropriate policies and/or practices in place to ensure same.

IV.   **CAUSES OF ACTION**

<u>**COUNT I**</u>
**Malicious Prosecution (State and Federal)**

29. Plaintiff incorporate by reference the foregoing paragraphs as if set forth herein.

30. Individually and in reliance on Co- Defendant Averhealth, Defendant, Derek Ruth initiated a criminal proceeding against Plaintiff, Daniel Gearhart for an alleged parole violation.

31. Individually and in reliance on Co- Defendant Averhealth, Defendant, Derek Ruth caused Plaintiff to be arrested and imprisoned, causing Plaintiff to suffer deprivation of liberty consistent with the concept of seizure.

32. Individually and in reliance on Co- Defendant Averhealth, Defendant, Derek Ruth knowingly initiated the criminal proceeding without probable cause. A reasonable officer in Defendant, Derek Ruth's position would have known that probable cause did not exist under the circumstances.

33. Individually and in reliance on Co- Defendant Averhealth, Defendant, Derek Ruth acted for a purpose other than bringing Plaintiff to justice and/or acted maliciously.

34. The actions taken by Defendants' described above were violations of Plaintiff's clearly established and well-settled constitutional and other legal rights.

35. Given the circumstances described herein,  punitive damages are warranted due to Defendants'  deliberate indifference to Plaintiff's clearly established and well-settled constitutional and other legal rights: pursuant to state law and 42 U.S.C. §1983, et seq, by the 4th, 8th, and 14th Amendments to the US Constitution.

**WHEREFORE**, Plaintiff, Daniel Gearhart, by and through their undersigned counsel, respectfully request this Honorable Court to enter judgment in their favor and against Defendants, individually, joint, and severally, in an amount in excess of $50,000 including all compensatory, statutory, and punitive damages, attorneys fees and costs, and any such further relief as this Honorable Court deems necessary and just, including equitable relief.

## COUNT II
### False Arrest / False Imprisonment (State and Federal)

36. Plaintiffs incorporate by reference the foregoing paragraphs as if set forth herein.

37. Defendants', caused Plaintiff to be arrested and imprisoned, causing Plaintiff to suffer deprivation of liberty consistent with the concept of seizure.

38. The actions taken by Defendants' described above, were violations of Plaintiff's clearly established and well-settled constitutional and other legal rights.

39. Given the circumstances described herein, including, punitive damages are warranted due to Defendant, Derek Ruth's deliberate indifference to Plaintiff, Daniel Gearhart's clearly established and well-settled constitutional and other legal rights pursuant to state law and 42 U.S.C. §1983, et seq, by the 4th, 8th, and 14th Amendments to the US Constitution.

   **WHEREFORE**, Plaintiff, Daniel Gearhart, by and through their undersigned counsel, respectfully request this Honorable Court to enter judgment in their favor and against Defendants, individually, joint, and severally, in an amount in excess of $50,000 including all compensatory, statutory, and punitive damages, attorneys fees and costs, and any such further relief as this Honorable Court deems necessary and just, including equitable relief.

## COUNT III
### Negligence

40. Plaintiff incorporate by reference the foregoing paragraphs as if set forth herein.

41. At all material times, Defendant, Averhealth had a duty to act with reasonable caution, diligence, and care in selecting and using an appropriate methodology to process and/or complete the testing of Plaintiff's urine for the purpose of detecting level of marijuana on behalf of the Lehigh County Adult Probation & Parole Department.

42. At all material times, Defendant, Averhealth had a duty to appropriately inform Plaintiff of the various methodologies that it used for the testing of Plaintiff's urine for the purpose of

Case ID: 200600128

detecting the level of marijuana on behalf of the Lehigh County Adult Probation & Parole Department.

43. As described in detailed foregoing, Defendant, Averhealth breached the foregoing duties to Plaintiff to his financial and emotional detriment.

44. Given Defendant, Averhealth has been involved, *inter alia*, in the business of providing biological sample testing for alcohol and drugs and possesses expertise therein, Defendant, Averhealth's reckless failures and reckless disregard for the rights of its "patients", such as Plaintiff, punitive damages are warranted.

**WHEREFORE**, Plaintiff, Daniel Gearhart, by and through their undersigned counsel, respectfully request this Honorable Court to enter judgment in their favor and against Defendants, individually, joint, and severally, in an amount in excess of $50,000 including all compensatory, statutory, and punitive damages, attorneys fees and costs, and any such further relief as this Honorable Court deems necessary and just, including equitable relief.

<u>**COUNT IV**</u>
**Violations of Pennsylvania Unfair Trade Practices & Consumer Protection Law**

45. Plaintiff incorporate by reference the foregoing paragraphs as if set forth herein.

46. At all times material, Defendant, Averhealth is a "person(s) engaged in trade or commerce as the term is defined by the Pennsylvania Unfair Trade Practices Act and Consumer Protection Law, 73 P.S. § 201-2, et seq. ("UTPCPL").

47. Defendant, Averhealth's aforementioned conduct constitutes an "unfair or deceptive practice" within the meaning of the UTPCPL.

48. At all times material, Defendant, Defendant, Averhealth has conducted itself in violation of the UTPCPL, 73 P.S. §201-1, et. seq.

49. The UTPCPL authorizes the Court in its discretion to award up to three (3) times ("treble") the actual damages sustained for violations, as well as attorney's fees, for which Plaintiff, Daniel Gearhart is entitled.

**WHEREFORE**, Plaintiff, Daniel Gearhart, by and through their undersigned counsel, respectfully request this Honorable Court to enter judgment in their favor and against Defendants, individually, joint, and severally, in an amount in excess of $50,000 including all compensatory, statutory, and punitive damages, attorneys fees and costs, and any such further relief as this Honorable Court deems necessary and just, including equitable relief.

Respectfully Submitted,

**WEISBERG LAW**

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
PA Attorney Id. No. 85570
7 South Morton Ave.
Morton, PA 19070
(610) 690-0801
(610) 690-0880 – Fax

**SCHAFKOPF LAW, LLC**

*/s/ Gary Schafkopf*
Gary Schafkopf, Esquire
PA Attorney Id. No. 83362
11 Bala Ave.
Bala Cynwyd, PA 190440
(610) 664-5200 (ext. 104)
(888) 283- 1334 – Fax

## VERIFICATION

I, Daniel Gearhart, state that I am the above-named Plaintiff in this action and that the

foregoing is true and correct to the best of my knowledge, information and belief.  I understand

that the statements made in the foregoing Complaint are made subject to the penalties of 18

Pa.C.S. 4904 related to unsworn falsification to authorities.

Dated: 8/20/2020

Daniel Gearhart,
Plaintiff

WEISBERG LAW
Matthew B. Weisberg, Attorney ID No.: 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880
**Attorney for Plaintiff**

SCHAFKOPF LAW, LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334
**Attorney for Plaintiff**

|  |  |
|---|---|
| **DANIEL GEARHART** | PHIADELPHIA COUNTY COURT OF COMMON PLEAS |
| 728 W. Hamilton Street | |
| Allentown, PA 18101 | |
| | No. 200600128 |
| Plaintiff | |
| v. | |
| **AVERTEST, LLC** | JURY TRIAL OF TWELVE (12) |
| **d/b/a AVERHEALTH** | JURORS DEMANDED |
| 512 W. Hamilton Street, Suite 105 | |
| Allentown PA 18101 | |
| and | |
| **DEREK RUTH, Individually & in his official capacity as Probation Officer for the Lehigh County Court Adult Probation & Parole Department** | |
| 455 Hamilton Street | |
| Allentown, PA 18101 | |
| Defendants | |

## CERTIFICATE OF SERVICE

I, Gary Schafkopf, Esquire, hereby certify that on 20th day of August 2020, a true and

correct copy of the foregoing Civil Action Complaint was served via e-filing upon all counsel of

record.

**WEISBERG LAW**
*/s/ Matthew B. Weisberg*
Matthew B. Weisberg
*Attorney for Plaintiffs*

**SCHAFKOPF LAW, LLC**
*/s/ Gary Schafkopf*
Gary Schafkopf
*Attorney for Plaintiffs*

# EXHIBIT 4





**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

**Case Description**

| | |
|---|---|
| **Case ID:** | 200600128 |
| **Case Caption:** | GEARHART VS AVERTEST LLC ETAL |
| **Filing Date:** | Tuesday , June 02nd, 2020 |
| **Court:** | MAJOR JURY-STANDARD |
| **Location:** | City Hall |
| **Jury:** | JURY |
| **Case Type:** | MISC SUMMONS |
| **Status:** | WAITING TO LIST CASE MGMT CONF |

**Related Cases**

*No related cases were found.*

**Case Event Schedule**

*No case events were found.*

**Case motions**

*No case motions were found.*

**Case Parties**

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | SCHAFKOPF, GARY |
| **Address:** SCHAFKOPF LAW LLC 11 BALA AVENUE BALA CYNWYD PA 19004 (610)664-5200 | | **Aliases:** *none* | | |
| 2 | 1 | | PLAINTIFF | GEARHART, DANIEL |
| **Address:** 728 W. HAMILTON STREET ALLENTOWN PA 18101 | | **Aliases:** *none* | | |
| 3 | 10 | | DEFENDANT | AVERTEST LLC |
| **Address:** 512 W. HAMILTON STREET SUITE 105 ALLENTOWN PA 18101 | | **Aliases:** AVERHEALTH | | |
| 4 | 10 | | DEFENDANT | AVERHEALTH |
| **Address:** 512 W. HAMILTON STREET SUITE 105 ALLENTOWN PA 18101 | | **Aliases:** *none* | | |
| 5 | | | DEFENDANT | RUTH, DEREK |
| **Address:** 455 HAMILTON STREET ALLENTOWN PA 18101 | | **Aliases:** *none* | | |
| 6 | | | DEFENDANT | LEHIGH COUNTY COURT ADULT PROBATION & PAROLE DEPARTMENT |
| **Address:** 455 HAMILTON STREET ALLENTOWN PA 18101 | | **Aliases:** *none* | | |
| 7 | | | DEFENDANT | LEHIGH COUNTY |
| **Address:** 455 HAMILTON STREET ALLENTOWN PA 18101 | | **Aliases:** *none* | | |
| 8 | | | TEAM LEADER | NEW, ARNOLD L |

| | | | | |
|---|---|---|---|---|
| **Address:** | 606 CITY HALL<br>PHILADELPHIA PA 19107<br>(215)686-7260 | **Aliases:** | none | |
| | | | | |
| 9 | 1 | | ATTORNEY FOR<br>PLAINTIFF | WEISBERG, MATTHEW B |
| **Address:** | WEISBERG LAW, PC<br>7 S MORTON AVE<br>MORTON PA 19070<br>(610)690-0801 | **Aliases:** | none | |
| | | | | |
| 10 | | | ATTORNEY FOR<br>DEFENDANT | DOLENTE, DANIEL E |
| **Address:** | MARSHALL DENNEHEY WARNER<br>COLE<br>2000 MARKET STREET<br>23RD FLOOR<br>PHILADELPHIA PA 19103<br>(267)519-6574 | **Aliases:** | none | |
| | | | | |
| 11 | 10 | | ATTORNEY FOR<br>DEFENDANT | MCHALE, KEVIN J |
| **Address:** | 2000 MARKET STREET STE 2300<br>PHILADELPHIA PA 19103<br>(215)575-2620 | **Aliases:** | none | |

**Docket Entries**

| Filing<br>Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/<br>Entry Date |
|---|---|---|---|---|
| 02-JUN-2020<br>04:05 PM | ACTIVE CASE | | | 03-JUN-2020<br>08:56 AM |
| **Docket Entry:** | E-Filing Number: 2006002775 | | | |
| | | | | |
| 02-JUN-2020<br>04:05 PM | COMMENCEMENT CIVIL ACTION JURY | SCHAFKOPF, GARY | | 03-JUN-2020<br>08:56 AM |
| **Documents:** | Final Cover | | | |
| **Docket Entry:** | none. | | | |
| | | | | |
| 02-JUN-2020<br>04:05 PM | PRAE TO ISSUE WRIT OF SUMMONS | SCHAFKOPF, GARY | | 03-JUN-2020<br>08:56 AM |
| **Documents:** | Praecipe Writ of Summons - Gearhart v Avertest.pdf<br>Writ of Summons- Gearhart v Avertest LLC et al.pdf | | | |
| **Docket Entry:** | PRAECIPE TO ISSUE WRIT OF SUMMONS FILED. WRIT OF SUMMONS ISSUED. | | | |
| | | | | |
| 02-JUN-2020<br>04:05 PM | JURY TRIAL PERFECTED | SCHAFKOPF, GARY | | 03-JUN-2020<br>08:56 AM |
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |
| | | | | |
| 02-JUN-2020<br>04:05 PM | WAITING TO LIST CASE MGMT CONF | SCHAFKOPF, GARY | | 03-JUN-2020<br>08:56 AM |
| **Docket Entry:** | none. | | | |
| | | | | |
| 03-JUN-2020<br>11:04 AM | ENTRY OF APPEARANCE-CO COUNSEL | WEISBERG, MATTHEW B | | 03-JUN-2020<br>11:07 AM |
| **Documents:** | Entry of Appearance.pdf | | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF MATTHEW B WEISBERG AS CO-COUNSEL FILED. (FILED ON BEHALF OF DANIEL GEARHART) | | | |
| | | | | |
| 10-JUL-2020<br>10:11 AM | PRAECIPE TO REISSUE SUMMONS | SCHAFKOPF, GARY | | 10-JUL-2020<br>10:12 AM |

| Documents: | Praecipe to Reissue Writ of Summons - Gearhart v Avertest et al.pdf<br>Time Stamped Praecipe to Issue Summons - Gearhart v Avertest et al.pdf<br>Time Stamped Writ of Summons - Gearhart v Avertest er al.pdf | | |
|---|---|---|---|
| Docket Entry: | PREACIPE TO REISSUE WRIT OF SUMMONS FILED. WRIT REISSUED. (FILED ON BEHALF OF DANIEL GEARHART) | | |

| 31-JUL-2020<br>03:10 PM | ENTRY OF APPEARANCE | DOLENTE, DANIEL E | 31-JUL-2020<br>03:31 PM |
|---|---|---|---|
| **Documents:** | Gearhart - EOA JD - DED KJM.pdf | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF KEVIN J MCHALE AND DANIEL E DOLENTE FILED. (FILED ON BEHALF OF AVERHEALTH AND AVERTEST LLC) | | |

| 31-JUL-2020<br>03:10 PM | JURY TRIAL PERFECTED | DOLENTE, DANIEL E | 31-JUL-2020<br>03:31 PM |
|---|---|---|---|
| **Docket Entry:** | 12 JURORS REQUESTED. | | |

| 31-JUL-2020<br>03:12 PM | RULE TO FILE COMPLAINT | DOLENTE, DANIEL E | 31-JUL-2020<br>03:32 PM |
|---|---|---|---|
| **Documents:** | Gearhart - Praecipe Rule to File Cmplaint.pdf | | |
| **Docket Entry:** | PRAECIPE AND RULE FILED UPON DANIEL GEARHART TO FILE A COMPLAINT WITHIN TWENTY (20) DAYS OR SUFFER JUDGMENT OF NON PROS FILED. (FILED ON BEHALF OF AVERHEALTH AND AVERTEST LLC) | | |

| 20-AUG-2020<br>02:56 PM | COMPLAINT FILED NOTICE GIVEN | SCHAFKOPF, GARY | 20-AUG-2020<br>02:56 PM |
|---|---|---|---|
| **Documents:** | Complaint - Gearheart v Averhealth et al 8-20-20.pdf | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. (FILED ON BEHALF OF DANIEL GEARHART) | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

[ E-Filing System ]    [ Search Home ]    [ Return to Results ]